The People of the State of New York, Respondent, v. Bertha Williams, Appellant.— Motion denied on condition that defendant perfect her appeal and

put her case at the foot of the present calendar to be ready for argument when reached, or if moved by the district attorney after two weeks from the date of this order. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.